■ In the Matter of DUNN APPRAISAL COMPANY, Petitioner, v JOHN A. PASSIDOMO, as Commissioner of Motor Vehicles, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of the Department of Motor Vehicles, which, after a hearing, (1) found that petitioner had violated section 398-e (subd 1, par [k]) of the Vehicle and Traffic Law by engaging in a course of conduct which unreasonably impeded or delayed a consumer's right to a fair recovery on a damage claim and (2) imposed a $250 civil penalty.

Determination confirmed and proceeding dismissed on the merits, with costs.

The determination under review was supported by substantial evidence in the record (see *Matter of Hannon v Cuomo,* 52 NY2d 775; *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176). Boyers, J. P., Rubin, Lawrence and Eiber, JJ., concur.